# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160376(46)

ADAM NYMAN and SARA NYMAN,
   Plaintiffs-Appellants,

v

THOMSON REUTERS HOLDINGS, INC.,
doing business as WESTLAW,
   Defendant-Appellee.

SC: 160376
COA: 344213
Wayne CC: 17-012847-CB

_____/

   On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Mara A. O'Malley to appear and practice in this case under MCR 8.126(A) is GRANTED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   February 12, 2020

             Clerk